IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                                           )<br>                    Plaintiff,             )<br>                                                           )<br>v.                                                       )<br>                                                           )<br>RYAN M. HARDER,                        )<br>                                                           )<br>                    Defendant.         ) | Case No.  4:07CR3029 |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing 17.  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Motion for Temporary Release and corresponding Order under seal, but shall provide copies of said Motion and Order to the defendant's attorney, AUSA Everett and Pretrial Services.

DATED this 26th day of April, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge