IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:07CR3029 |
| | ) | |
| V. | ) | |
| | ) | |
| RYAN M. HARDER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This is an appeal from Judge Piester's order denying the defendant the opportunity to participate in treatment at NOVO. After reviewing the report from the Pretrial Services Officer, and noting that the defendant has failed in three previous treatment attempts or half-way house placements, and no matter the standard of review, I agree with Judge Piester. Therefore,

IT IS ORDERED that the appeal (filing 27) is denied.

May 29, 2007.                                   BY THE COURT:

                                                *s/ Richard G. Kopf*
                                                United States District Judge