IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3029 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| RYAN J. HARDER, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The government's motion for hearing (filing 51) is granted.

(2) A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 48) has been set before the undersigned United States district judge on Friday, December 19, 2008, at 12:00 noon, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3) The United States Marshal is directed to return the defendant to the district for the hearing.

November 13, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge