IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:07CR3029 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RYAN M. HARDER, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the U.S. Marshal's Service,

IT IS ORDERED that the hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 48) has been set before the undersigned United States district judge on Wednesday, January 14, 2009, at 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present for the hearing unless excused by the court.

November 17, 2008.　　　　　BY THE COURT:

　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　United States District Judge