IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3029 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| RYAN HARDER, | ) | |
| Defendant. | ) | |

IT IS ORDERED that a status telephone conference will be held on Thursday, March 5, 2009, at 12:00 p.m. with counsel for the government, counsel for the defendant, the probation officer, and the undersigned. The undersigned's judicial assistant will coordinate the call.

January 6, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge