IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:07CR3029 |
| | ) | |
| V. | ) | |
| | ) | |
| RYAN M. HARDER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon the request of counsel,

IT IS ORDERED that the conclusion of the Rule 35(b) motion hearing is scheduled for Friday, May 22, 2009, at 12:30 p.m. The United States Marshal is directed to return the defendant to the district for the hearing.

DATED this 3rd day of April, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge