IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:07CR3029 |
| v. | ) | |
| RYAN M. HARDER, | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

Counsel for the defendant has written a letter to me asking that I enter an order making it clear that I have no objection to the Nebraska Department of Corrections allowing the defendant to engage in work release while he is serving the concurrent portion of his sentences. I have previously expressed no objection to such course of action, and, although the government is "not on board" with this most recent request, I see no reason why I should not make my views plain.

IT IS ORDERED that should the Nebraska Department of Corrections find that Ryan Harder is eligible for work release, or other suitable programming, he should be allowed to engage in work release, or other suitable programming, under Nebraska Department of Corrections' supervision while he is serving the concurrent portion of his sentences. The Clerk shall mail a copy of this Memorandum and Order to the Defendant and to the Nebraska Department of Corrections, as well as providing notice to counsel of record.

DATED this 27th day of February, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge